UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JACKIE CARTER,

        Plaintiff,

v.                                            Case No. 09-C-73, 74 & 75

MATTHEW FRANK, et al.,

        Defendants.

**ORDER**

*Pro se* plaintiff Jackie Carter has filed three actions in this Court seeking relief for alleged violations of his constitutional rights. Pursuant to the provisions of the Prisoner Litigation Reform Act, this Court is in the process of collecting the initial partial filing fees due in each action. *See* 28 U.S.C. § 1915(b). In the interim, Plaintiff has sent a number of letters to the Court asking for emergency relief and an order requiring the Defendants to take him in for medical treatment. Although his filings are not entirely clear, I will construe them as a request for an *ex parte* temporary restraining order. The Defendants are directed to file a response within ten days of the date of this order responding to the Plaintiff's allegations that he is in need of immediate medical care. As none of the Defendants have been served yet, copies of this order will be sent to the warden of the institution where the inmate is confined and to Corey F. Finkelmeyer, Assistant Attorney General, Wisconsin Department of Justice, P.O. Box 7857, Madison, Wisconsin, 53707-7857.

        **SO ORDERED** this   9th   day of February, 2009.

                                                              s/ William C. Griesbach
                                                              William C. Griesbach
                                                              United States District Judge