# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

JACKIE CARTER,

        Plaintiff,

  v.                                        Case No. 09-C-73

MATTHEW FRANK, et al.,

        Defendants.

## ORDER

*Pro se* plaintiff Jackie Carter has filed three actions in this Court seeking relief for alleged violations of his constitutional rights. I ordered the Defendants to respond to Plaintiff's repeated allegation that he needs to see a doctor immediately. Defendants have stated that Plaintiff has not provided a medical authorization form that would allow them to respond to his medical claims, despite their repeated efforts to obtain it. (Marshall Aff.) I ordered Plaintiff to provide a signed form to the Defendants by February 25.

Defendants have informed the Court that Plaintiff has not provided them with a signed authorization form. Plaintiff protests in numerous missives to this court that Defendants are lying. For reasons unknown, he has submitted an unsigned copy to this Court. The Plaintiff's protestations are not credible. In his numerous letters he alleges that the Defendants are tampering with his mail and preventing him from contacting the Court, yet he has filed no fewer than fifteen letters with this Court in less than a month. This Court is not inclined to continue playing games with Plaintiff's medical authorization form: Plaintiff clearly knows it is required, and yet he sends a blank one to

the Court rather than signing one and giving it to Defendants.  Assistant Attorney General Ganzer

has appeared before this Court numerous times, and I have no reason to doubt his statements.

Nevertheless, I am reluctant to dismiss this action without giving the Plaintiff a final opportunity

to sign an authorization form.  (His medical care is only at issue in Case No. 09-C-73).

Accordingly, he must sign and return a medical authorization form to the Defendants on or before

March 13, 2009, or this case will be dismissed.  If Plaintiff complies, Defendants may file a

response to his allegations on or before March 25th; if he does not, Defendants may inform the

Court of that fact in lieu of filing a response.

        **SO ORDERED** this ___3rd___ day of March, 2009.


                 s/ William C. Griesbach
                William C. Griesbach
                United States District Judge