UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JACKIE CARTER,

        Plaintiff,

  v.                                    Case No. 09-C-73

MATTHEW FRANK, et al.,

        Defendants.

**ORDER**

This Court has received a letter from an inmate purportedly speaking on behalf of Plaintiff Jackie Carter. It is alleged that Carter is essentially being tortured, that medical care is being denied, and the like. This Court recognizes that Carter has not signed the requisite medical release forms. However, the Defendants are directed to state their position with respect to the allegations made on Carter's behalf. Presumably they can do so without violating Carter's privacy. The Defendants should respond on or before April 10, 2009. Carter is hereby placed on notice that this complaint will be dismissed unless he submits the requisite medical authorization form by that date.

**SO ORDERED** this   1st   day of April, 2009.

                                              s/ William C. Griesbach
                                              William C. Griesbach
                                              United States District Judge