UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JACKIE CARTER,

        Plaintiff,

 v.                                          Case No.     09-C-73
                                                              09-C-74

MATTHEW FRANK, et al.,

        Defendants.

## ORDER

     *Pro se* plaintiff Jackie Carter has filed numerous documents in his two remaining civil actions pending in this court. Despite repeated orders to do so, however, he has failed to sign and return a copy of a medical authorization form required by Defendants so they can answer Plaintiff's charges. In addition, Plaintiff has failed to file the required filing fee in Case Nos. 09-C-73 and 09-C-74. Along with a friend writing on his behalf, Carter has alleged such things as torture and the obstruction and interception of his writings to this Court. In response to these allegations I have ordered the Defendants to respond and to assure the Court that Carter's situation is not dire. Defendants have sent a physician to examine him and the physician has stated under oath that Carter has been treated appropriately and that his medical concerns are not being disregarded. (Cox. Aff., ¶ 10.) Moreover, the fact that Plaintiff has sent dozens of filings to this Court (sometimes more than one per day) convinces me that his claims of obstruction are pure fantasy, and in fact he has communicated with this Court more than any other litigant this year. Most recently, he has sent what he describes as crushed up pills to this Court for analysis. This is a completely improper

action, and Carter's continued filings can no longer be tolerated. Accordingly, Case No. 09-C-73 is **DISMISSED** for failure to pay the initial partial filing fee and failure to sign a medical authorization form. Case No. 09-C-74 will be dismissed in fourteen days unless the Court receives the required initial partial filing fee of $116.08.

      **SO ORDERED** this   16th   day of April, 2009.

                                                                            s/ William C. Griesbach
                                                                          William C. Griesbach
                                                                          United States District Judge